KYLE W. KAHAN (Cal. Bar No. 298848)
Assistant United States Attorney
312 N. Spring Street, 12th Floor
Los Angeles, CA 90012
Tel.: (213) 894-2238

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| United States of America, | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:18-00172(A)-GW |
| v. | |
| Michael Lerma, et al., | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☑ Lodged: (**List Documents**)

1) Sealed document
2) Sealed exhibits
3) Ex parte application to seal
4) Proposed order to seal

**Reason:**
☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| July 23, 2025 | Kyle W. Kahan |
|---|---|
| Date | Attorney Name |
| | United States of America |
| | Party Represented |

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING