```
BILAL A. ESSAYLI
Acting United States Attorney
JOSEPH T. MCNALLY
Assistant United States Attorney
Acting Chief, Criminal Division
KELLYE NG (Cal. Bar No. 313051)
Assistant United States Attorney
Major Crimes Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8408
     Facsimile: (213) 894-0141
     Email:    Kellye.Ng@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 18-172(A)-GW |
|---|---|
| Plaintiff, | NOTICE OF RE-ASSIGNMENT OF CRIMINAL CASE |
| v. | |
| MICHAEL LERMA, et al., | |
| Defendants. | |

Plaintiff, United States of America, hereby advises the Court and all parties of the following re-assignments for the following Assistant United States Attorneys ("AUSAs"):

| | Name | Email Address |
|---|---|---|
| Previously Assigned AUSA to be Removed from Docket | SHAWN J. NELSON | shawn.nelson@usdoj.gov |
| Previously Assigned AUSA to be Removed from Docket | KEITH D. ELLISON | keith.ellison2@usdoj.gov |

| Currently Assigned AUSA | KELLYE NG | Kellye.Ng@usdoj.gov |
| --- | --- | --- |
| Currently Assigned AUSA | KYLE W. KAHAN | kyle.kahan@usdoj.gov |
| Currently Assigned AUSA | JASON A. GORN | jason.gorn@usdoj.gov |
| Currently Assigned AUSA | J. MARK CHILDS | mark.childs@usdoj.gov |
| Currently Assigned AUSA | JASON C. PANG | jason.pang@usdoj.gov |

Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that the currently assigned AUSAs continue receiving all emails relating to filings in this case.

Dated: September 23, 2025          Respectfully submitted,

                                   BILAL A. ESSAYLI
                                   Acting United States Attorney

                                   JOSEPH T. MCNALLY
                                   Assistant United States Attorney
                                   Chief, Criminal Division


                                         /s/
                                   KELLYE NG
                                   Assistant United States Attorney


                                   Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

2